In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Opening and Extending Neptune Avenue from East 12th Street to Shore Boulevard, and Emmons Avenue from Shore Boulevard to Brigham Street, in the Borough of Brooklyn.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Improvement of the Waterfront and Harbor of the City of New York between Sheepshead Bay Road and East 27th Street, Sheepshead Bay, in the Borough of Brooklyn; MOTT OPERATING CORPORATION et al., Appellants.

Argued February 23, 1939; decided April 4, 1939.

*Bernard L. Bermant, Henry Herz* and *Malvin B. Mariash* for appellants.

*William C. Chanler, Corporation Counsel* (*Reuben Levy, Julius Isaacs* and *Lewis Orgel* of counsel), for respondent.

In each proceeding: Order affirmed, with one bill of costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.